In re Lemar Jr., Joseph; — Plaintiff; Applying For Supervisory and/or Remedial Writs, Parish of E. Baton Rouge, 19th Judicial District Court Div. B, No. 04-96-0375; to the Court of Appeal, First Circuit, No. 2011 KW 1682.
Granted in part, otherwise denied. The district court is ordered to provided relator with a copy of the judgment denying relief of his application for post conviction relief. See La.C.Cr.P. art. 930.1; State ex rel. Hackett v. State, 96-0224 (La.2/2/96), 666 So.2d 1097; State ex rel. Foy v. State, 96-0225 (La.2/2/96), 666 So.2d 1097; State ex rel. Baker v. State, 95-2228 (La.12/8/95), 664 So.2d 410; State ex rel. Whittaker v. Lombard, 559 So.2d 116 (La.1990).